MCGREGOR W. SCOTT
United States Attorney
ALSTYN BENNETT
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-po-00125-CKD |
| Plaintiff, | STIPULATION AND ORDER TO VACATE BENCH TRIAL AND SET STATUS CONFERENCE |
| v. | |
| CHERYL DAMAS, | |
| Defendant. | DATE: December 10, 2020<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Carolyn K. Delaney |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through its counsel of record, stipulate as follows:

1. By previous order, this matter was scheduled for a bench trial on December 10, 2020 at 9:30 a.m.

2. Since the status conference, the parties have reached an agreement that will resolve this case. By this stipulation, the parties now jointly move to vacate the bench trial and set a status

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER          1          U.S. V. CHERYL DAMAS

conference on January 21, 2021 at 9:30 a.m.

IT IS SO STIPULATED.

DATED: December 7, 2020          MCGREGOR W. SCOTT
                                 United States Attorney


                           By:   /s/ Alstyn Bennett
                                 ALSTYN BENNETT
                                 Special Assistant U.S. Attorney


                                 /s/ Linda Allison
                                 LINDA ALLISON
                                 Assistant Federal Defender
                                 Counsel for Defendant
                                 (*Per 12/07/2020 email authorization from Linda Allison*)


## FINDINGS AND ORDER

IT IS SO ORDERED, that the bench trial is vacated as set forth above, and a status conference is set for January 21, 2021 at 9:30 a.m.

Dated:   December 8, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE