PHILLIP A. TALBERT
Acting United States Attorney
ALSTYN BENNETT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-po-00125-CKD |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE BENCH TRIAL |
| v. | |
| CHERYL DAMAS, | DATE:  April 29, 2021 |
| | TIME:   9:00 a.m. |
| | JUDGE: Hon. Carolyn K. Delaney |
| Defendant. | |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through its counsel of record, stipulate as follows:

1. By previous order, this matter was scheduled for a bench trial on April 29, 2021 at 9:00 a.m.

2. Since the last status conference, the defendant has initiated the process to obtain a disabled veteran's license plate, in accordance with a proposed plea agreement.  The defendant desires additional time to complete this process with the Department of Motor Vehicles.

STIPULATION AND [PROPOSED] ORDER             1                U.S. V. CHERYL DAMAS

3. By this stipulation, the parties now jointly move to continue the bench trial to July 22, 2021 at 9:00 a.m.

IT IS SO STIPULATED.

DATED: April 13, 2021          PHILLIP A. TALBERT
                               Acting United States Attorney

                         By:   */s/ Alstyn Bennett*
                               ALSTYN BENNETT
                               Assistant U.S. Attorney


                               */s/ Linda Allison*
                               LINDA ALLISON
                               Assistant Federal Defender
                               Counsel for Defendant
                               (*Per 04/13/2021 email authorization from Linda Allison*)

**FINDINGS AND ORDER**

IT IS SO ORDERED, that the bench trial scheduled for April 29, 2021 is continued to July 22, 2021 at 9:00 a.m.

FOUND AND ORDERED

Dated: April 13, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE