UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:20-po-00125-CKD |
| Plaintiff, | ) ) | ORDER TO DISMISS AND VACATE BENCH TRIAL |
| v. | ) ) | |
| CHERYL K. DAMAS, | ) ) | DATE: July 22, 2021 TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:20-po-00125-CKD is GRANTED.

It is further ordered that the bench trial scheduled on July 22, 2021, is vacated.

IT IS SO ORDERED.

Dated: July 9, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE